

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JDL:GMP
F.# 2010R01661

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 22, 2013

By ECF and Hand Delivery

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

    Re:  United States v. Selman Lajqi
          Criminal Docket No. 11-486 (S-1)(DLI)

Dear Judge Irizarry:

      The government respectfully submits this letter in response to the defendant's request for bail in the above-captioned matter dated July 17, 2013. For the reasons that follow, the government consents to the defendant's release on bond pending sentencing.

      On March 13, 2013, the defendant pled guilty, pursuant to a plea agreement, to a violation of Title 18, United States Code, Section 1956(h). In the plea agreement, the defendant stipulated that his Guidelines sentence would be calculated based on a loss amount of at least $5,000 but less than $10,000. The plea agreement estimated an adjusted offense level of 15, which carries a range of imprisonment of 18 to 24 months, assuming that the defendant falls within Criminal History Category I. This Guidelines estimate does not account for additional reductions for a global disposition pursuant to U.S. Sentencing Guidelines Section 5K2.0, which may be awarded to the defendant at sentencing, and could result in a lower advisory Guidelines range. The defendant has been in custody since July 11, 2011. In light of (a) the fact that the defendant has already served a sentence of 24 months' imprisonment, the top of the Guidelines range under the plea agreement, and (b) the substantial nature of his bail package, which includes the signatures of six financially responsible suretors, the defendant presents a minimal, if any, risk of flight if he is released on bond pending sentencing.

      For all of these reasons, the government consents to the release of Selman Lajqi on bond pending his sentencing in this case.

                            Very truly yours,

                            LORETTA E. LYNCH
                            United States Attorney
                            Eastern District of New York

              By:     /s_____
                            Steven L. Tiscione
                            Gina M. Parlovecchio
                            Assistant U.S. Attorneys
                            (718) 254-6317/6228

cc:   Laura Miranda, Esq. (By ECF and Email)
      Clerk of the Court (By ECF)