

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

SLT
F.#2010R01661

*271 Cadman Plaza East
Brooklyn, New York 11201*

September 5, 2013

By Hand Delivery and ECF

The Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Selman Lajqi
           Criminal Docket No. 11-486 (S-1)(DLI)

Dear Judge Irizarry:

      The government respectfully submits this letter in anticipation of sentencing in the above-captioned case, which is scheduled for October 22, 2013. The government agrees that the defendant is entitled to a two-level reduction for a global disposition. Accordingly, the total offense level is 13, the criminal history category is I and the resulting advisory sentencing range is 12 to 18 months. Since the defendant has already served nearly 24 months in prison, which is above the high-end of the Guidelines range, the government has no objection to the defendant's request for a sentence of time served with a period of supervised release that includes mental health treatment as a special condition in lieu of home confinement.

                                          Respectfully submitted,

                                          LORETTA E. LYNCH
                                          United States Attorney

                     By:       /s/
                                            Steven L. Tiscione
                                          Gina M. Parlovecchio
                                          Assistant U.S. Attorneys

cc:  Clerk of the Court (DLI) (by ECF)
     Laura Miranda, Esq. (by ECF)