Received in Chambers of: U.S. District Judge DORA L. IRIZARRY

OCT 17 2013

U.S. PRETRIAL SERVICES AGENCY ☆ EASTERN DISTRICT OF NEW YORK

## PRETRIAL SUPERVISION STATUS REPORT

| Name of Defendant: | | |
|---|---|---|
| Lajqi, Selman | | |
| Presiding Judge: | Date of Hearing: | Type of Hearing: |
| Honorable Dora L. Irizarry | October 22, 2013 | Sentencing |
| Docket Number: | Date of Initial Appearance: | Date of Release: |
| 11CR486 | July 13, 2011 | August 1, 2013 |

### SUMMARY OF RELEASE INFORMATION:

The defendant was arrested at his residence by DEA agents on July 13, 2011, and charged with Conspiracy to Import Marijuana, in violation of 21 U.S.C. 846. The defendant made an initial appearance in this District on the same date before former U.S. Magistrate Judge Andrew Carter and a temporary order of detention was entered. On July 18, 2011, the defendant appeared before U.S. Magistrate Judge Cheryl L. Pollak for a detention hearing and a permanent order of detention was entered. On August 01, 2013, the defendant appeared before U.S. Magistrate Judge Joan M. Azrack for a bail review hearing and the defendant was released on a $150,000 secured bond with the following conditions: travel restricted to the Eastern and Southern Districts of New York; surrender passport and do not reapply; no contact with co-defendants except in the presence of defense counsel; subject to random home visits; report to Pretrial Services as directed; undergo random drug testing and treatment; and undergo mental health evaluation and treatment.

### COMPLIANCE WITH RELEASE CONDITIONS:

Due to the defendant's residence in Monroe, New York, courtesy supervision has been conducted by the Southern District of New York. The defendant has been compliant under Pretrial Services supervision. The defendant reports as directed and provides all requested documentation.

### UPDATED SOCIAL INFORMATION:

Since his release, the defendant has maintained residence at 13 Houston Avenue, Monroe, New York 10950. The Southern District of New York advised no unusual activity was noted during random home visits. The defendant is employed as a carpenter for DBD Contracting.

### VERIFICATION OF COMMUNITY TIES:

The Southern District of New York advised the defendant's address has been verified through home contact and documentation.

### ADJUSTMENT TO SUPERVISION:

The Southern District of New York reported the defendant's adjustment to Pretrial Services supervision has been satisfactory.

## CRIMINAL RECORD CHECK:

The most recent criminal record check was conducted on October 15, 2013, and shows no new arrests, outstanding warrants, nor pending criminal action.

## REASSESSMENT OF RISKS:

*Risks of Non-Appearance:*

1. Nature of the offense charged.

*Risks of Danger:*

1. There are no known factors that indicate the defendant poses a risk of danger to the community.

## CONDITIONS TO CONSIDER AT SENTENCING:

Due to the defendant's overall compliance under Pretrial Services supervision, it is Pretrial Services' recommendation that the defendant be considered a candidate for voluntary surrender should a term of custody be imposed.

## REQUEST TO MODIFY CONDITIONS OF RELEASE:
None.

Submitted by:                                   Approved by:

_____                         _____
Erin J. Rodriguez                               Desiree Melendez

U.S. Pretrial Services Technician               U.S. Pretrial Services Officer Specialist


Date:     October 15, 2013